IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00208-MSK-KLM

DAVID CASTRO, and
PATRICIA CASTRO,

    Plaintiffs,

v.

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Nonparty Clark Lodge's **Motion of Clark Lodge to Quash Subpoena and for Protective Order** [#31] (the "Motion").  Defendant, who issued the subpoena to Nonparty Clark Lodge, has filed a Notice of Withdrawal of Subpoena and Response to Motion to Quash (ECF No. 31), in which Defendant states it has informed counsel for Nonparty Clark Lodge that Defendant withdraws the subpoena at issue.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#31] is **DENIED as moot**.

    Dated:  October 8, 2015