IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00208-MSK-KLM

DAVID CASTRO, and
PATRICIA CASTRO,

    Plaintiffs,

v.

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Motion to Amend the Scheduling Order to Serve Expert Disclosures Out of Time** [#35] (the "Motion"). In the Motion, Plaintiffs note that Defendant opposes the requested relief. However, Defendant's deadline to respond to the Motion has elapsed and no response has been filed. D.C.COLO.LCivR 7.1(d). As a result, the Court treats the motion as unopposed. *See Walter v. HSM Receivables*, No. 13-cv-00564-RM-KLM, 2014 WL 5395197, at *1 (D. Colo. Oct. 23, 2014) ("The Motion is essentially unopposed as no response has been filed by Defendants."); *Armstrong v. Swanson*, No. 08-cv-00194-MSK-MEH, 2009 WL 1938793, at *1 (D. Colo. July 2, 2009) (noting that Plaintiff did not file a response to the motion for sanctions and "deem[ing] the Plaintiff to have defaulted on th[e] motion."). In the Motion, Plaintiffs seek an eleven-day extension of their deadline to disclose expert witnesses. Pursuant to Fed. R. Civ. P. 6, the Court finds that Plaintiff has shown good cause for the requested extension.

    IT IS HEREBY **ORDERED** that the Motion [#35] is **GRANTED**. To the extent Plaintiffs disclosed their expert witnesses on or before **September 22, 2015**, such disclosures are deemed timely served.

    Dated: October 26, 2015